UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FIDEL RIOS, JR.,<br><br>        Defendant. | No. CR-12-6053-EFS-17<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒   Motion Denied<br>     **(ECF No. 584)**<br><br>☐   Action Required |

Date of bail review hearing: 04/10/2013

☒    Insufficient information presented to reasonably assure Defendant's future appearance.

☐    There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

    **IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 584) is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

    DATED April 10, 2013.

              <u>s/James P. Hutton</u>
              JAMES P. HUTTON
        UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1