PROB 12C
(6/16)

Report Date:  July 3, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fidel Rios                    Case Number: 0980 2:12CR06053-EFS-17

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 19, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846, 841(a)(1), (b)(1)(B)((viii) |
| Original Sentence: | Prison - 75 months; TSR - 48 months |
| Original Sentence: | Prison - 75 months; TSR - 48 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter    Date Supervision Commenced: March 7, 2017 |
| Defense Attorney: | Victor H. Lara    Date Supervision Expires: March 6, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Rios' conditions were reviewed with him on March 13, 2017. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above.

Mr. Rios violated his terms of supervised release by being indicted in the Southern District of Iowa, criminal case number 4:17-CR-125, being charged with conspiracy to distribute methamphetamine.

Mr. Rios had a detention hearing before Magistrate Judge Rodgers in the Eastern District of Washington on June 29, 2017. He was ordered to be held in detention and transported to the Southern District of Iowa to address these charges.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

**Prob12C**
**Re: Rios, Fidel**
**July 3, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 3, 2017
_____

Daniel M. Manning
_____

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

July 5, 2017
_____
Date